DANIEL G. BOGDEN
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No.11573
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *krystal.rosse@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BETTY HARRIS, an individual; *et al.*, | Case No. 2:15-cv-00984-RCJ-VCF |
| Plaintiffs, | |
| v. | |
| SECAF, DEBORAH LEE JAMES, Secretary of U.S. AIR FORCE, *et al.*, | |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**
(First Request)

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiffs and Defendants, by and through their undersigned attorneys, that the United States will have until October 30, 2015, to answer and or otherwise respond to Plaintiffs' Complaint (ECF No. 1), and Plaintiffs will voluntarily withdraw their Notice of Intent to Take Default (ECF No. 9).

The reason for this request is the United States has been unable to contact agency counsel for the necessary information and documentation needed in order to respond to Plaintiffs' Complaint.

Dated this 21st day of August 2015.

| KANG & ASSOCIATES, PLLC | DANIEL G. BOGDEN |
| --- | --- |
| | United States Attorney |
| */s/ Erica D. Loyd* | */s/ Krystal J. Rosse* |
| ERICA D. LOYD | KRYSTAL J. ROSSE |
| | Assistant United States Attorney |
| *Attorney for Plaintiffs* | *Attorneys for the United States* |

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2015

2