DANIEL G. BOGDEN
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No.11573
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *krystal.rosse@usdoj.gov*

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY HARRIS, an individual; *et al.*, | Case No. 2:15-cv-00984-RCJ-VCF |
| Plaintiffs, | |
| v. | |
| SECAF, DEBORAH LEE JAMES, Secretary of U.S. AIR FORCE, *et al.*, | |
| Defendants. | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
(Second Request)

Federal Defendants SECAF, Deborah Lee James, Secretary of the United States Air Force, Nellis Air Force Base, and Nellis AFB, Nevada ("Federal Defendants") respectfully request an extension of time to December 4, 2015, to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1).

In support of the instant Unopposed Motion, the Federal Defendants submit the following:

1. This Unopposed Motion is brought in order to accommodate the undersigned counsel for the Federal Defendants.

2. Plaintiffs' Complaint was filed May 28, 2015 (ECF #1).

3. The United States was served with the Summons and Complaint on June 1, 2015.

4. Plaintiffs filed a Notice of Intent to Take Default on August 19, 2015 (ECF No. 9).

5. On August 21, 2015, a Stipulation for Extension of Time was filed, allowing Federal Defendants until October 30, 2015, to file an answer. Plaintiffs also stipulated that they would voluntarily withdraw their Notice of Intent to Take Default. The Court granted the Stipulation on August 24, 2015.

6. The reason for this request is the United States has been unable to coordinate with agency counsel, including counsel who is currently on temporary duty in another state, for the necessary information and documentation needed in order to respond to Plaintiffs' Complaint.

7. On October 28, 2015, undersigned counsel for the Federal Defendants contacted Plaintiffs' counsel who agreed to the requested extension of time, and to the voluntary withdrawal of the Notice of Intent to Take Default (ECF No. 9).

8. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the Federal Defendants respectfully request the instant Unopposed Motion extending time to file an answer until December 4, 2015, be granted.

Respectfully submitted this 30th day of October 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Krystal J. Rosse*
KRYSTAL J. ROSSE
Assistant United States Attorney
*Attorneys for the United States*

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2015

2

**CERTIFICATE OF SERVICE**

I, Krystal J. Rosse, AUSA, certify that the following individual was served with the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

**Electronic Case Filing:**

Erica D. Loyd
Kang & Associates, PLLC
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
eloyd@acelawgroup.com

*Attorneys for Plaintiffs*

DATED this 30th day of October 2015.

                                        */s/ Krystal J. Rosse*
                                        KRYSTAL J. ROSSE
                                        Assistant United States Attorney