# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BETTY HARRIS, et al.,  )
                Plaintiff(s),  )   Case No. 2:15-cv-00984-RCJ-VCF
                                       )
vs.  )   ORDER
                                       )   (Docket No. 16)
DEBORAH LEE JAMES, et al.,  )
                Defendant(s).  )

Presently before the Court is Defendants' motion requesting an exception to the Early Neutral Evaluation ("ENE") personal attendance requirement. Docket No. 16. Plaintiffs submitted a notice of non-opposition. Docket No. 17. Having considered Defendants' motion, and for compelling justification shown, IT IS HEREBY ORDERED THAT:

1. Assistant United States Attorney Krystal Rosse shall personally participate in the ENE.
2. United States Air Force Official(s), with binding settlement authority up to the full amount of the claim and the ability to make recommendations regarding the resolution of the case, may participate in the ENE telephonically.

Date: December 18, 2015

_____
Nancy J. Koppe
United States Magistrate Judge