**PATRICK W. KANG, ESQ.**
State Bar No.: 010381
**ERICA D. LOYD, ESQ.**
State Bar No.: 010922
**KANG & ASSOCIATES, PLLC.**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BETTY HARRIS, an Individual; *et. al.,* | Case No.: 2:15-cv-00984-RCJ-VCF |
| Plaintiffs, | |
| vs. | |
| SECAF, DEBORAH LEE JAMES, Secretary of U.S. AIR FORCE, *et. al.,* | |
| Defendants. | |

## STIPULATION TO EXTEND TIME FOR
## THE EARLY NEUTRAL EVALUATION STATEMENT

Plaintiff BETTY HARRIS, ET AL., ("Plaintiffs") and Defendant SECAF and DEBORAH LEE JAMES ("Defendants"), by and through their respective counsel of record, hereby stipulate, agree, and respectfully request to extend the date for the Early Neutral Evaluation (ENE) Statement presently due on February 23, 2016, before Honorable Nancy J. Koppe (Doc. #15). Although this request is untimely pursuant to this Court's December 4, 2015

Order, Docket No. 15, the parties respectfully request this extension due to unforeseen circumstances. Ms. Loyd is currently out of town for a family funeral and will not return until February 24, 2016. Accordingly, the parties would like to extend the due date of the ENE Statement to February 25, 2016, which is mutually agreeable between the parties.

This extension is sought in good faith, and not for the purpose of undue delay.

Respectfully Submitted By:

DATED this 17th day of February, 2016                    DATED this 17th day of February, 2016

/s/Erica D. Loyd                                          /s/Krystal J. Rosse, Esq.
ERICA D. LOYD                                             Krystal J. Rosse, Esq.
State Bar : 10922                                         Assistant United States Attorney
KANG & ASSOCIATES, PLLC                                   333 Las Vegas Blvd S
6480 W. Spring Mountain Rd.                               Suite 5000
Las Vegas, NV 89146                                       Las Vegas, Nevada 89101
P: 702.333.4223                                           P: 702.388.6336
F: 702.507.1468                                           F: 702.388.6787
eloyd@acelawgroup.com                                     krystal.rosse@usdoj.gov
*Attorney for Plaintiff*                                  *Attorney for Defendant*

For good cause shown, the deadline for the parties' Early Neutral Evaluation statement shall be extended to February 25, 2016.  All other requirements of the Court's order setting the ENE session remain in effect.

IT IS SO ORDERED.

Dated: February 18, 2016
_____

_____
NANCY J. KOPPE
United States Magistrate Judge