DAYLE ELIESON
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada State Bar No. 11573
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: krystal.rosse@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY HARRIS, an individual; *et al.*, | Case No. 2:15-cv-00984-RCJ-VCF |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| SECAF, DEBORAH LEE JAMES, Secretary of U.S. AIR FORCE, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this 11th day of June 2018.

KANG & ASSOCIATES, PLLC                    DAYLE ELIESON
                                           United States Attorney

*/s/ Patrick W. Kang*                      */s/ Krystal J. Rosse*
PATRICK W. KANG                            KRYSTAL J. ROSSE
KYLE R. TATUM                              Assistant United States Attorney
*Attorneys for Plaintiffs*                 *Attorneys for the United States*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

**DATED:** ____ June 15, 2018